IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| THADIOUS JACKSON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO.  1:24-CV-322-MJT |
| § | JUDGE MICHAEL TRUNCALE |
| COMMISSIONER OF SOCIAL SECURITY, § | |
| § | |
| *Defendant*. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to his application for disability-based benefits.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court.  The Court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings.  The magistrate judge recommends remanding the case for reconsideration at the administrative level.  No objections to the Report of the United States Magistrate Judge were filed by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [Dkt. 17] is ADOPTED.  A Final Judgment will be entered separately.

**SIGNED this 15th day of April, 2025.**

Michael J. Truncale
United States District Judge